# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ANH TRUONG, et al., | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | |
| v. | : | NO. 09-3348 |
| | : | |
| DART CONTAINER | : | |
| CORPORATION, | : | |
| Defendant | : | |

## **O R D E R**

**AND NOW,** this   25th    day of October, 2010, upon consideration of the defendant's motion to dismiss (Document #3), the plaintiff's response thereto (Document #4), and the defendant's reply (Document #15), it is hereby ORDERED that the motion is GRANTED in its entirety.

The Clerk of Court shall mark this case CLOSED for all purposes.

BY THE COURT:


 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.