# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANH TRUONG, et al., | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | |
| v. | : | NO. 09-3348 |
| | : | |
| DART CONTAINER CORP., | : | |
| Defendant | : | |

## O R D E R

**AND NOW,** this 10th day of November, 2010, after review of the merits of Counts VI and VII of the amended complaint, I find that the plaintiffs have failed to state claims for defamation and invasion of privacy upon which relief can be granted. Accordingly, the defendant's motion to dismiss those claims on the merits is GRANTED in its entirety.

The Clerk of Court shall mark this case CLOSED for all purposes.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.